No. 06-14-00240-CR

IN The Sixth Court of Appeals

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/22/2015 3:42:39 PM
DEBBIE AUTREY
Clerk

Texarkana, Texas

DENISE GAIL DOOLEY,

*Appellant,*

V.

THE STATE OF TEXAS,

*Appellee.*

MOTION TO WITHDRAW PURSUANT TO

*ANDERS V. CALIFORNIA*, 386 U.S. 738 (1967)

TO THE HONORABLE SIXTH COURT OF APPEALS:

NOW COMES JEFF T. JACKSON, counsel for Appellant Denise Gail Dooley, and hereby moves to withdraw from representation of Appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967). In support of this motion, counsel shows as follows:

1

## I.

Counsel has thoroughly reviewed the record on appeal, and, for these reasons, is thoroughly familiar with the case.

## II.

Counsel has, in the exercise of his professional judgment, determined that the instant case presents no nonfrivolous issues for appeal, and, in accordance with the Supreme Court's decision in *Anders v. California*, 386 U.S. 738 (1967), now so advise the court and requests permission to withdraw. *Anders, id.* at 744.

## III.

In accordance with *Anders*, counsel has, contemporaneously with this motion, filed a brief outlining all issues which might arguably support an appeal and explaining why those issues are meritless. *Anders, Id.*

## IV.

Counsel has furnished the appellant with a copy of said brief, and a copy of this motion, thus apprising appeallant of counsel's actions.

V.

Having determined that the instant appeal is wholly frivolous, and having complied with the briefing and notice requirements of *Anders v. California*, counsel now requests that he be allowed to withdraw, pursuant to *Anders*.

WHEREFORE, PREMISES CONSIDERED, it is prayed that the Court grant counsel's request and allow counsel to withdraw from this case, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Respectfully submitted,

Jeff T. Jackson
SBOT No. 24069976
736-A Hwy 259 N.
Kilgore, TX 75662
Phone:   903-654-3362
Fax:     817-887-4333
*Attorney for Appellant,*
    *Denise Gail Dooley*

3

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on April 22, 2015, a copy of this motion was mailed via first class U.S. mail, postage prepaid, to the following:

Van Colson Brown
Gregg County District Attorney
SBOT No. 03205900
101 E. Methvin, Ste. 333
Longview, TX 75601
Phone:    903-236-8440

Jeff T. Jackson

Attorney for Appellant

4